

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00572-CV

Shiela **PIAZZA**, Agent & Attorney-in-Fact for Phyllis Masterson,
Appellant

v.

**CITY OF WINDCREST**, and Selena Breland, in her official capacity as Code Compliance &
Enforcement Officer,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-17091
Honorable Norma Gonzales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR
WANT OF PROSECUTION. Costs of appeal are assessed against appellant.

SIGNED February 16, 2022.

_____
Lori I. Valenzuela, Justice